

NUMBER 13-16-00602-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                                      Appellant,

v.

ANTONIO MENCHACA JR. AND PERLA NEVAREZ,                    Appellees.

On Appeal from the 444th District Court
of Cameron County, Texas.

## ORDER

Before Justices Rodriguez, Garza, and Longoria
Order Per Curiam

This cause is before the Court on the appellees' amended motion to order supplementation of the clerk's record. On November 3, 2016, the appellees filed with the trial court clerk its designation of clerk's record. On November 8, 2016, the clerk's record was filed but did not contain various items that had been designated by appellees

to be included in the clerk's record. On November 29, 2016, appellees requested the clerk's record be supplemented with the omitted items, but to date the record has not been supplemented.

When a relevant item has been omitted from the clerk's record, the appellate court may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental clerk's record containing the omitted item or items. *See* TEX. R. APP. P. 34.5(c)(1). Accordingly, the appellees' motion to supplement the clerk's record is GRANTED.

The trial court clerk of the 444th District Court of Cameron County is directed to prepare a supplemental record in this case to include 1) September 28, 2016 – Exhibits A thru H of Claimant's First Amended Answer, Plea to the Jurisdiction, Special Exceptions, Motion for Return of Seized Property & Counterclaim; 2) October 10, 2016 – State of Texas Trial Brief on the State's Plea to the Jurisdiction along with Exhibit A thru J; and 3) October 10, 2016 – Defendant-Counterclaimant's Brief on Issues before the Court. The supplemental record shall be filed with this Court within 20 days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this
the 3rd day of January, 2017.

2